McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2773

FILED

JAN 3 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 06-MJ-0029 GGH |
| Plaintiff, | ORDER |
| v. | |
| LUZ ELVIA BHULLAR, | |
| Defendant. | |

Petition having been made to the Court to unseal the above-enumerated Criminal Complaint and the Court having considered the petition and finding good cause therefore;

IT IS HEREBY ORDERED that the Criminal Complaint enumerated above, the Petition to Seal, and the Court's Order sealing the Criminal Complaint be unsealed.

DATED: January 31, 2006

GREGORY G. HOLLOWS
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE